NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HORIZON THERAPEUTICS, LLC,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2018-1225

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00829.

---

**JUDGMENT**

---

ROBERT FRITZ GREEN, Green, Griffith & Borg-Breen LLP, Chicago, IL, argued for appellant. Also represented by CARYN BORG-BREEN, EMER LOUISE SIMIC; MATTHEW C. PHILLIPS, Laurence & Phillips IP Law LLP, Portland, OR.

KAKOLI CAPRIHAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for

intervenor. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, MEREDITH HOPE SCHOENFELD.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 10, 2019          /s/ Peter R. Marksteiner
Date                      Peter R. Marksteiner
                          Clerk of Court